

Avant Building - Suite 900 | 200 Delaware Avenue | Buffalo, NY 14202-2107 | bsk.com

**SHARON M. PORCELLIO, ESQ.**
sporcellio@bsk.com
P: 716-416-7044
F: 716-416-7344

April 11, 2017

**VIA E-MAIL**

Honorable Hugh B. Scott
United States Magistrate Judge
United States District Court
Western District of New York
2 Niagara Square
Buffalo, NY  14202-3350

Attention:  Giuseppe A. Ippolito

Re:   *Elizabeth Donatello v. County of Niagara*
      *Civil Action No. 15-CV-00039*

Dear Magistrate Judge Scott:

This is to advise that the parties have signed an agreement to resolve this case. According to the terms of the agreement, we expect to be submitting a Stipulated Order of Dismissal with Prejudice to the Court as soon as the revocation period set forth in the agreement passes.  Accordingly, with agreement of all counsel, we request the Court adjourn the status conference scheduled for 10:30 a.m. on April 12, 2017 for two weeks.

Thank you for your kind attention to this matter.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Sharon M. Porcellio

SMP/es
cc:   Andrew P. Fleming, Esq.
      David P. Marcus, Esq.
      Erin S. Torcello, Esq.

1274246.1

Attorneys At Law | A Professional Limited Liability Company